# Publix.

| | |
|---|---|
| To | Alkinni Elder |
| From | Julie Swanson- Payroll Request Desk |
| Date | April 14, 2010 |
| Subject | **Payroll - Wage Query** |

**Purpose**

The purpose of this memo is to provide a formal explanation of the Payroll-Wage Query you received.

**Wage Query**

The wage query is summarized as follows:

| Column Heading | Description |
|---|---|
| Issue Date | Paycheck date |
| Employee | Personnel number |
| Week Ending | End of pay period |
| Wage Type | Type of payment received |
| Amount | Gross amount paid |

**Note**

Pay statements are referenced for multiple financial needs. It is important to keep all pay statements for your records.

**Questions**

If you have questions, contact the Payroll department at (863) 688-7407, extension 23766 or 22311.

# Publix®

## Payroll Wage Query

| Issue Date | Employee | | Weekending | Wage Type | Amount |
|---|---|---|---|---|---|
| 10/1/2009 | 872023 | Alkinni M Elder | 09/25/2009 | Regular (Straight) Hours | $ 368.24 |
| | | | | Post-1985 Sunday Premium | $ 8.00 |
| | | | | BCBS of SC | -$ 17.81 |
| 10/8/2009 | | | 10/2/2009 | Regular (Straight) Hours | $ 358.43 |
| | | | | Regular (Straight) Hours | $ 365.47 |
| | | | | Post-1985 Sunday Premium | $ 8.00 |
| | | | | BCBS of SC | -$ 17.81 |
| 10/15/2009 | | | 10/9/2009 | Regular (Straight) Hours | $ 355.66 |
| | | | | Regular (Straight) Hours | $ 369.17 |
| | | | | Post-1985 Sunday Premium | $ 8.11 |
| | | | | BCBS of SC | -$ 17.81 |
| 10/22/2009 | | | 10/16/2009 | Regular (Straight) Hours | $ 359.47 |
| | | | | Regular (Straight) Hours | $ 297.94 |
| | | | | Post-1985 Sunday Premium | $ 8.23 |
| | | | | Sick Pay | $ 72.06 |
| | | | | BCBS of SC | -$ 17.81 |
| 10/29/2009 | | | 10/23/2009 | Regular (Straight) Hours | $ 360.42 |
| | | | | Regular (Straight) Hours | $ 372.41 |
| | | | | Overtime | $ 1.23 |
| | | | | Post-1985 Sunday Premium | $ 7.92 |
| | | | | BCBS of SC | -$ 17.81 |
| 11/5/2009 | | | 10/30/2009 | Regular (Straight) Hours | $ 363.75 |
| | | | | Regular (Straight) Hours | $ 212.84 |
| | | | | Sick Pay | $ 74.00 |
| | | | | Vacation | $ 74.00 |
| | | | | BCBS of SC | -$ 17.81 |

Publix Super Markets, Inc.
Payroll Department
P.O. Box 32024 Lakeland FL 33802
(863) 688-7407 Extension 24226

| | | | |
|---|---|---|---|
| 11/12/2009 | 11/6/2009 | Regular (Straight) Hours | $ 343.03 |
| | | Post-1985 Sunday Premium | $ 298.22 |
| | | | $ 8.02 |
| | | Vacation | $ 74.00 |
| | | BCBS of SC | -$ 17.81 |
| | | LTD | -$ 2.13 |
| 11/19/2009 | 11/13/2009 | Regular (Straight) Hours | $ 360.30 |
| | | Overtime | $ 370.46 |
| | | Post-1985 Sunday Premium | $ 0.24 |
| | | BCBS of SC | $ 8.02 |
| | | LTD | -$ 17.81 |
| | | | -$ 2.49 |
| 11/27/2009 | 11/20/2009 | Regular (Straight) Hours | $ 358.42 |
| | | Post-1985 Sunday Premium | $ 367.13 |
| | | BCBS of SC | $ 7.87 |
| | | LTD | -$ 17.81 |
| | | | -$ 2.49 |
| 12/3/2009 | 11/27/2009 | Retail Bonus (Regular) | $ 354.70 |
| | | Regular (Straight) Hours | $ 230.00 |
| | | Post-1985 Sunday Premium | $ 367.69 |
| | | Holiday Benefit | $ 8.07 |
| | | BCBS of SC | $ 74.00 |
| | | LTD | -$ 17.81 |
| | | | -$ 2.49 |
| 12/8/2009 | 12/8/2009 | Holiday Bonus (PT & FT) | $ 659.46 |
| | | | $ 370.00 |
| | | | $ 370.00 |
| 12/10/2009 | 12/4/2009 | Regular (Straight) Hours | $ 220.89 |
| | | Post-1985 Sunday Premium | $ 7.72 |
| | | Vacation | $ 74.00 |
| | | Bereavement | $ 74.00 |
| | | BCBS of SC | -$ 17.81 |
| | | LTD | -$ 2.49 |
| | | | $ 356.31 |

Publix Super Markets, Inc.
Payroll Department
P.O. Box 32024 Lakeland FL 33802
(863) 688-7407 Extension 24226

Case 10-30815 Doc 6 Filed 05/04/10 Entered 05/04/10 16:20:26 Desc Main

| Date | Date | Description | Amount |
|---|---|---|---|
| 12/17/2009 | 12/11/2009 | Regular (Straight) Hours | $363.80 |
| | | Post-1985 Sunday Premium | $7.82 |
| | | BCBS of SC | -$17.81 |
| | | LTD | -$2.49 |
| | | | $351.32 |
| 12/24/2009 | 12/18/2009 | Regular (Straight) Hours | $364.73 |
| | | Post-1985 Sunday Premium | $8.14 |
| | | BCBS of SC | -$17.81 |
| | | LTD | -$2.49 |
| | | | $352.57 |
| 12/31/2009 | 12/25/2009 | Regular (Straight) Hours | $365.65 |
| | | Post-1985 Sunday Premium | $7.81 |
| | | Holiday Benefit | $74.00 |
| | | | $447.46 |
| 01/7/2010 | 01/1/2010 | Regular (Straight) Hours | $367.41 |
| | | Post-1985 Sunday Premium | $7.91 |
| | | Post-1985 Holiday Premium | $7.83 |
| | | Holiday Benefit | $74.00 |
| | | BCBS of SC | -$17.92 |
| | | LTD | -$2.49 |
| | | | $436.74 |
| 01/14/2010 | 01/8/2010 | Regular (Straight) Hours | $371.94 |
| | | Overtime | $0.99 |
| | | Post-1985 Sunday Premium | $8.14 |
| | | BCBS of SC | -$18.52 |
| | | LTD | -$2.49 |
| | | | $360.06 |
| 01/21/2010 | 01/15/2010 | Regular (Straight) Hours | $293.69 |
| | | Post-1985 Sunday Premium | $8.01 |
| | | Sick Pay | $74.00 |
| | | BCBS of SC | -$18.52 |
| | | LTD | -$2.49 |
| | | | $354.69 |
| 01/28/2010 | 01/22/2010 | Regular (Straight) Hours | $363.16 |

Publix Super Markets, Inc.
Payroll Department
P.O. Box 32024 Lakeland FL 33802
(863) 688-7407 Extension 24226

| | | | |
|---|---|---|---|
| | | Post-1985 Sunday Premium | $ 8.08 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| 02/4/2010 | 01/29/2010 | Regular (Straight) Hours | $ 350.23 |
| | | Post-1985 Sunday Premium | $ 366.67 |
| | | Post-1985 Sunday Premium | $ 7.71 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| 02/11/2010 | 02/5/2010 | Regular (Straight) Hours | $ 353.37 |
| | | Post-1985 Sunday Premium | $ 364.82 |
| | | Post-1985 Sunday Premium | $ 7.97 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| 02/18/2010 | 02/12/2010 | Regular (Straight) Hours | $ 351.78 |
| | | Post-1985 Sunday Premium | $ 296.00 |
| | | Post-1985 Sunday Premium | $ 7.97 |
| | | Sick Pay | $ 74.00 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| 02/25/2010 | 02/19/2010 | Regular (Straight) Hours | $ 356.96 |
| | | Post-1985 Sunday Premium | $ 295.72 |
| | | Post-1985 Sunday Premium | $ 8.00 |
| | | Sick Pay | $ 74.00 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| 03/4/2010 | 02/26/2010 | Retail Bonus (Regular) | $ 356.71 |
| | | Regular (Straight) Hours | $ 243.00 |
| | | Regular (Straight) Hours | $ 368.71 |
| | | Post-1985 Sunday Premium | $ 8.07 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| 03/11/2010 | 03/5/2010 | Regular (Straight) Hours | $ 598.77 |
| | | Regular (Straight) Hours | $ 218.95 |
| | | Post-1985 Sunday Premium | $ 7.99 |

Publix Super Markets, Inc.
Payroll Department
P.O. Box 32024 Lakeland FL 33802
(863) 688-7407 Extension 24226

Publik Super Markets, Inc.
Payroll Department
P.O. Box 32024 Lakeland FL 33802
(863) 688-7407 Extension 24226

| Date | Date | Description | Amount |
|---|---|---|---|
| | | Sick Pay | $ 148.00 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| | | | $ 353.93 |
| 03/18/2010 | 03/12/2010 | Regular (Straight) Hours | $ 222.19 |
| | | Sick Pay | $ 147.82 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| | | | $ 349.00 |
| 03/25/2010 | 03/19/2010 | Regular (Straight) Hours | $ 370.09 |
| | | Overtime | $ 0.05 |
| | | Post-1985 Sunday Premium | $ 8.15 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| | | | $ 357.28 |
| 04/1/2010 | 03/26/2010 | Regular (Straight) Hours | $ 380.19 |
| | | Overtime | $ 0.10 |
| | | Post-1985 Sunday Premium | $ 8.05 |
| | | BCBS of SC | -$ 18.52 |
| | | LTD | -$ 2.49 |
| | | Legal Deduction | -$ 70.28 |
| | | | $ 297.05 |
| | | Overall Result | $ 10,627.87 |

P.O. BOX 407
LAKELAND, FL 33802-0407

| | |
|---|---|
| Social Security | : XXX-XX-8026 |
| Company Code/Org Unit: | P001 / 0617 MEAT |
| Street Address | : 1011 Drake Rd |
| City, State, Zip Code: | Madison, GA 30650 |
| Check Date | : 02/04/2010 |
| Pay period | : 01/23/2010 - 01/29/2010 |
| Check Number | : |

SAFETY -- PROTECT YOUR TOMORROW, TODAY.

| | | | Vacation Hours | |
|---|---|---|---|---|
| Federal | WH Status: S Allowances: 00 Extra WH Tax: 0.00 | | Orig Allotment: | 80.00 |
| Georgia | WH Status: S Allowances: 00 Extra WH Tax: 0.00 | Sick Hours Remaining:56.21 | Adj Allotment : | 80.00 |
| | | | Accrual : | 0.00 |
| | | | Used : | 0.00 |

### Hours and Gross Earnings

| | Current Hrs | Earnings | Year to Date Earnings |
|---|---|---|---|
| RegHrs | 39.64 | 366.67 | 1762.87 |
| Sick Pay | | | 74.00 |
| HldyBft | | | 74.00 |
| OT | | | 0.99 |
| Sunday | 7.71 | 7.71 | 39.85 |
| HolPrem | | | 7.83 |
| Total Gross | 39.64 | 374.38 | 1959.54 |

### Deductions

| | Current | Year to Date |
|---|---|---|
| Pre-tax: | | |
| BCBS/SC | 18.52 | 92.00 |
| LTD | 2.49 | 12.45 |
| Dental | 4.52 | 22.60 |
| Total Ded | 25.53 | 127.05 |

### Taxes Withheld

| | Current | Year to Date |
|---|---|---|
| Federal | | |
| W/H | 30.67 | 166.58 |
| Soc Sec | 21.62 | 113.61 |
| Medicare | 5.06 | 26.57 |
| Georgia | | |
| W/H | 14.62 | 78.40 |
| Total Taxes | 71.97 | 385.16 |

| Dir Dep | 276.88 |
|---|---|

WHAT'S NOT TO LOVE ABOUT THE FEBRUARY EDITION OF PUBLIX NEWS? Prepare a home-cooked meal paired with fine wines for your sweetheart. Keep your heart healthy with Publix GreenWise Market vitamins. Get ready for the Viva Italia! Sale. Three associates share why safety matters to them. Plan for retirement, learn about discounts on tax preparation and more! Pick up your copy of the February edition of Publix News, in your Publix Communication Center soon.

Date
02/04/2010

Publix Super Markets, Inc.

## VOID     VOID     VOID

TO THE ORDER OF  Alkinni M Elder
03 - 0617 Meat

PUBLIX Where working is a pleasure

PUBLIX SUPER MARKETS
P.O. BOX 407
LAKELAND, FL 33802-0407

| | |
|---|---|
| Personal Number | : |
| Social Security | : XXX-XX-8026 |
| Company Code/Org Unit | : P001 / 0617 MEAT |
| Street Address | : 1011 Drake Rd |
| | : |
| City, State, Zip Code | : Madison, GA 30650 |
| Check Date | : 02/18/2010 |
| Pay period | : 02/06/2010 - 02/12/2010 |
| Check Number | : |

SAFETY -- PROTECT YOUR TOMORROW, TODAY.

| | | | | | Vacation Hours | |
|---|---|---|---|---|---|---|
| Federal | WH Status: S Allowances: 00 Extra WH Tax: | 0.00 | | | | |
| Georgia | WH Status: S Allowances: 00 Extra WH Tax: | 0.00 | Sick Hours Remaining:48.21 | Orig Allotment: | 80.00 | |
| | | | | Adj Allotment : | 80.00 | |
| | | | | Accrual : | 6.67 | |
| | | | | Used : | 0.00 | |

### Hours and Gross Earnings | Deductions | Taxes Withheld

| | Current Hrs | Current Earnings | Year to Date Earnings | | Current | Year to Date | | | Current | Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| RegHrs | 32.00 | 296.00 | 2423.69 | Pre-tax: | | | | Federal | | |
| Sick Pay | 8.00 | 74.00 | 148.00 | ---------- | | | | W/H | 31.21 | 228.22 |
| HldyBft | | | 74.00 | BCBS/SC | 18.52 | 129.04 | | Soc Sec | 21.86 | 157.00 |
| OT | | | 0.99 | LTD | 2.49 | 17.43 | | Medicare | 5.11 | 36.72 |
| Sunday | 7.97 | 7.97 | 55.79 | Dental | 4.52 | 31.64 | | Georgia | | |
| HolPrem | | | 7.83 | | | | | W/H | 14.84 | 107.77 |
| | | | | Total Ded | 25.53 | 178.11 | | | | |
| Total Gross | 40.00 | 377.97 | 2710.30 | | | | | Total Taxes | 73.02 | 529.71 |

```
377.97
 73.02
------
304.95
 25.53
```

| | | |
|---|---|---|
| Dir Dep | 279.42 | |

WE APPRECIATE YOU! Thank you for living united and giving back to your community. Because of you, our 2009 United Way campaign was a success! Today, Feb. 18, is United Way's Publix Associate Appreciation Day. It's a day to celebrate our contributions to another successful United Way campaign. Together, we raised $21.7 million to care for the needs of our neighbors in all Publix communities. Combined with a $16.6 million match from Publix Super Markets Charities, our total contribution to local United Way organizations was $38.3 million. Thanks for all you do!

Date
02/18/2010

Publix Super Markets, Inc.

## VOID      VOID      VOID

TO THE
ORDER OF   Alkinni M Elder
           03 - 0617 Meat

PUBLIX Where working is a pleasure

P.O. BOX 407
LAKELAND, FL 33802-0407

| | |
|---|---|
| Personnel Number | : |
| Social Security | : XXX-XX-8026 |
| Company Code/Org Unit | : P001 / 0617 MEAT |
| Street Address | : 1011 Drake Rd |
| | : |
| City, State, Zip Code | : Madison, GA 30650 |
| Check Date | : 02/25/2010 |
| Pay period | : 02/13/2010 - 02/19/2010 |
| Check Number | : |

SAFETY -- PROTECT YOUR TOMORROW, TODAY.

| | | | | | Vacation Hours | |
|---|---|---|---|---|---|---|
| Federal | WH Status: S Allowances: 00 Extra WH Tax: | 0.00 | Sick Hours Remaining:40.21 | | Orig Allotment: | 80.00 |
| Georgia | WH Status: S Allowances: 00 Extra WH Tax: | 0.00 | | | Adj Allotment : | 80.00 |
| | | | | | Accrual | : 6.67 |
| | | | | | Used | : 0.00 |

| Hours and Gross Earnings | | | | Deductions | | | Taxes Withheld | | |
|---|---|---|---|---|---|---|---|---|---|
| | Current | | Year to Date | | | | | Current | Year to Date |
| | Hrs | Earnings | Earnings | | Current | Year to Date | | | |
| RegHrs | 31.97 | 295.72 | 2719.41 | Pre-tax: | | | Federal | | |
| Sick Pay | 8.00 | 74.00 | 222.00 | ---------- | | | W/H | 31.17 | 259.39 |
| HldyBft | | | 74.00 | BCBS/SC | 18.52 | 147.56 | Soc Sec | 21.83 | 178.83 |
| OT | | | 0.99 | LTD | 2.49 | 19.92 | Medicare | 5.10 | 41.82 |
| Sunday | 8.00 | 8.00 | 63.79 | Dental | 4.52 | 36.16 | Georgia | | |
| HolPrem | | | 7.83 | | | | W/H | 14.82 | 122.59 |
| | | | | Total Ded | 25.53 | 203.64 | | | |
| Total Gross | 39.97 | 377.72 | 3088.02 | | | | Total Taxes | 72.92 | 602.63 |

| | |
|---|---|
| Dir Dep | 279.27 |

ARE YOU CONSIDERING A SUPPORT JOB AT PUBLIX? If so, you can review all posted support job openings at www.publix.jobs/support. Check the Web site for the latest jobs in our distribution centers, manufacturing facilities and corporate offices. You'll also learn about the various career opportunities available at Publix and read why some Publix associates have made our company their career. You will need your eight-digit Publix personnel number, including the leading zeroes, that can be found at the top of this paycheck statement.

Date
02/25/2010

Publix Super Markets, Inc.

**VOID      VOID      VOID**

TO THE    Alkinni M Elder
ORDER OF  03 - 0617 Meat

PUBLIX Where working is a pleasure

```
                                        P.O. BOX 407          |  Social Security   : XXX-XX-8026
                                        LAKELAND, FL 33802-0407|  Company Code/Org Unit: P001 / 0617 MEAT
                                                               |  Street Address    : 1011 Drake Rd
                                                               |                    :
                                                               |  City, State, Zip Code: Madison, GA 30650
                                                               |  Check Date        : 03/04/2010
                                                               |  Pay period        : 02/20/2010 - 02/26/2010
                                                               |  Check Number       :
```

SAFETY -- PROTECT YOUR TOMORROW, TODAY.

```
                                                                              | Vacation Hours
Federal        WH Status: S Allowances: 00 Extra WH Tax:  0.00 | Sick Hours Remaining:40.21  Orig Allotment:  80.00
Georgia        WH Status: S Allowances: 00 Extra WH Tax:  0.00 |                             Adj Allotment :  80.00
                                                               |                             Accrual       :   6.67
                                                               |                             Used          :   0.00
```

| Hours and Gross Earnings | | | | Deductions | | | Taxes Withheld | |
|---|---|---|---|---|---|---|---|---|
| | Current Hrs | Current Earnings | Year to Date Earnings | | Current | Year to Date | | Current | Year to Date |
| RtlBonus | | 243.00 | 243.00 | Pre-tax: | | | Federal | | |
| RegHrs | 39.86 | 368.71 | 3088.12 | ---------- | | | W/H | 91.78 | 351.17 |
| Sick Pay | | | 222.00 | BCBS/SC | 18.52 | 166.08 | Soc Sec | 36.85 | 215.68 |
| HldyBft | | | 74.00 | LTD | 2.49 | 22.41 | Medicare | 8.62 | 50.44 |
| OT | | | 0.99 | Dental | 4.52 | 40.68 | Georgia | | |
| Sunday | 8.07 | 8.07 | 71.86 | | | | W/H | 29.35 | 151.94 |
| HolPrem | | | 7.83 | Total Ded | 25.53 | 229.17 | | | |
| | | | | | | | Total Taxes | 166.60 | 769.23 |
| Total Gross | 39.86 | 619.78 | 3707.80 | | | | | | |

```
                                                               | Dir Dep      427.65
```

PUBLIX STOCK IS AVAILABLE FOR $17.35 PER SHARE. The current offering period runs through March 31, 2010. Check your Publix Communication Center for purchase documents.

PUBLIX REPORTS YEAR-END FINANCIALS. Sales for the year ended Dec. 26, 2009, reached $24.3 billion, a 1.6 percent increase from last year's $23.9 billion. Comparable-store sales for 2009 decreased 3.2 percent. Net earnings for 2009 were $1.2 billion, compared to $1.1 billion in 2008, an increase of 6.6 percent. Earnings per share increased to $1.47 for 2009, up from $1.33 in 2008.

Date
03/04/2010

Publix Super Markets, Inc.

**VOID**     **VOID**     **VOID**

TO THE     Alkinni M Elder
ORDER OF   03 - 0617 Meat

PUBLIX Where working is a pleasure

```
                                        | Social Security    : XXX-XX-8026
        P.O. BOX 407                     | Company Code/Org Unit: P001 / 0617 MEAT
        LAKELAND, FL 33802-0407          | Street Address     : 1011 Drake Rd
                                        |
                                        | City, State, Zip Code: Madison, GA 30650
                                        | Check Date         : 03/11/2010
                                        | Pay period         : 02/27/2010 - 03/05/2010
                                        | Check Number       :
```

----------------------------------------------------------------------------------------
SAFETY -- PROTECT YOUR TOMORROW, TODAY.
----------------------------------------------------------------------------------------

```
                                                              ----- Vacation Hours
Federal       WH Status: S Allowances: 00 Extra WH Tax:  0.00 |                Orig Allotment:  80.00
Georgia       WH Status: S Allowances: 00 Extra WH Tax:  0.00 | Sick Hours Remaining:24.21  Adj Allotment :  80.00
                                                              |                Accrual      :  13.34
                                                              |                Used         :   0.00
```

| Hours and Gross Earnings | | | | Deductions | | | Taxes Withheld | |
|---|---|---|---|---|---|---|---|---|
| | Current | | Year to Date | | Current | Year to Date | | Current | Year to Date |
| | Hrs | Earnings | Earnings | | | | | | |
| RtlBonus | | | 243.00 | Pre-tax: | | | Federal | | |
| RegHrs | 23.67 | 218.95 | 3307.07 | --------- | | | W/H | 30.75 | 381.92 |
| Sick Pay | 16.00 | 148.00 | 370.00 | BCBS/SC | 18.52 | 184.60 | Soc Sec | 21.66 | 237.34 |
| HldyBft | | | 74.00 | LTD | 2.49 | 24.90 | Medicare | 5.07 | 55.51 |
| OT | | | 0.99 | Dental | 4.52 | 45.20 | Georgia | | |
| Sunday | 7.99 | 7.99 | 79.85 | | | | W/H | 14.66 | 166.60 |
| HolPrem | | | 7.83 | Total Ded | 25.53 | 254.70 | | | |
| | | | | | | | Total Taxes | 72.14 | 841.37 |
| Total Gross | 39.67 | 374.94 | 4082.74 | | | | | | |

```
                                                                    |Dir Dep       277.27
```

ANNUAL AWARD WINNERS ARE FEATURED IN THE MARCH ISSUE OF PUBLIX NEWS. See who's making Publix the best it can be as the George W. Jenkins and President's Awards recipients are profiled. Find out which stores received the Customer Service and Safety Awards. Get up to date with the latest features and visitor stats on Publix.com. Learn which flowers are in style for spring and how to enroll in the Associate Prescription Discount program. Look for the March edition of Publix News now available in your Publix Communication Center.

Date
03/11/2010

Publix Super Markets, Inc.

**VOID        VOID        VOID**

```
TO THE    Alkinni M Elder
ORDER OF  03 - 0617 Meat
```

PUBLIX Where working is a pleasure

P.O. BOX 407
LAKELAND, FL 33802-0407

Personnel Number:
Social Security        : XXX-XX-8026
Company Code/Org Unit: F001 / 0617 MEAT
Street Address         :
                       :
City, State, Zip Code: Madison, GA 30650
Check Date             : 03/18/2010
Pay period             : 03/06/2010 - 03/12/2010
Check Number           :

---

SAFETY -- PROTECT YOUR TOMORROW, TODAY.

| | | Vacation Hours | |
|---|---|---|---|
| Federal | WH Status: S Allowances: 00 Extra WH Tax:  0.00 | Orig Allotment: | 80.00 |
| Georgia | WH Status: S Allowances: 00 Extra WH Tax:  0.00   Sick Hours Remaining: 8.23 | Adj Allotment : | 80.00 |
| | | Accrual    : | 13.34 |
| | | Used       :  | 0.00 |

---

### Hours and Gross Earnings

| | Current Hrs | Earnings | Year to Date Earnings |
|---|---|---|---|
| RtlBonus | | | 243.00 |
| RegHrs | 24.02 | 222.19 | 3529.26 |
| Sick Pay | 15.98 | 147.82 | 517.82 |
| HldyBft | | | 74.00 |
| OT | | | 0.99 |
| Sunday | | | 79.85 |
| HolPrem | | | 7.83 |
| | | | |
| Total Gross | 40.00 | 370.01 | 4452.75 |

### Deductions

| | Current | Year to Date |
|---|---|---|
| Pre-tax: | | |
| ---------- | | |
| BCBS/SC | 18.52 | 203.12 |
| LTD | 2.49 | 27.39 |
| Dental | 4.52 | 49.72 |
| Total Ded | 25.53 | 280.23 |

### Taxes Withheld

| | Current | Year to Date |
|---|---|---|
| Federal | | |
| W/H | 30.01 | 411.93 |
| Soc Sec | 21.36 | 258.70 |
| Medicare | 4.99 | 60.50 |
| Georgia | | |
| W/H | 14.36 | 180.96 |
| Total Taxes | 70.72 | 912.09 |

| Dir Dep | 273.76 |
|---|---|

---

WANT TO TAKE A STEP TOWARD RETAIL MANAGEMENT? Submit a Registration of Interest (ROI) form to let your manager know that you are interested in working in a position leading to retail management. You may submit an ROI form anytime throughout the year. Check out the Registration of Interest - Dates to Remember poster on the job announcement board in your store for a list of positions leading to management.

Date
03/18/2010

Publix Super Markets, Inc.

## VOID        VOID        VOID

TO THE     Alkinni M Elder
ORDER OF   03 - 0617 Meat

PUBLIX Where working is a pleasure

P.O. BOX 407
LAKELAND, FL 33802-0407

| Personal Number: |
| Social Security : XXX-XX-8026 |
| Company Code/Org Unit: P001 / 0617 MEAT |
| Street Address : 1011 Drake Rd |
| : |
| City, State, Zip Code: Madison, GA 30650 |
| Check Date : 03/25/2010 |
| Pay period : 03/13/2010 - 03/19/2010 |
| Check Number : |

SAFETY -- PROTECT YOUR TOMORROW, TODAY.

| | | | | | | Vacation Hours |
| Federal | WH Status: S Allowances: 00 Extra WH Tax: 0.00 | Sick Hours Remaining: 8.23 | Orig Allotment: 80.00 |
| Georgia | WH Status: S Allowances: 00 Extra WH Tax: 0.00 | | Adj Allotment : 80.00 |
| | | | Accrual : 13.34 |
| | | | Used : 0.00 |

| Hours and Gross Earnings | | | | Deductions | | | Taxes Withheld | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Current | | Year to Date | | Current | Year to Date | | Current | Year to Date |
| | Hrs | Earnings | Earnings | | | | | |
| RtlBonus | | | 243.00 | Pre-tax: | | | Federal | | |
| RegHrs | 40.01 | 370.09 | 3899.35 | ---------- | | | W/H | 31.26 | 443.19 |
| Sick Pay | | | 517.82 | BCBS/SC | 18.52 | 221.64 | Soc Sec | 21.87 | 280.57 |
| HldyBft | | | 74.00 | LTD | 2.49 | 29.88 | Medicare | 5.12 | 65.62 |
| OT | 0.01 | 0.05 | 1.04 | Dental | 4.52 | 54.24 | Georgia | | |
| Sunday | 8.15 | 8.15 | 88.00 | | | | W/H | 14.86 | 195.82 |
| HolPrem | | | 7.83 | Total Ded | 25.53 | 305.76 | | | |
| | | | | | | | Total Taxes | 73.11 | 985.20 |
| Total Gross | 40.01 | 378.29 | 4831.04 | | | | | | |

| Dir Dep | 279.65 |

CONGRATULATIONS TO OUR 2009 GEORGE W. JENKINS AWARD WINNERS: Store Managers Walt Leonard, Atlanta Division; Steve Walker, Jacksonville Division; Patrick Helm, Lakeland Division; and Tom Zematis, Miami Division; and Senior Manager of Corporate Accounting Chris Coward.
CONGRATULATIONS TO OUR 2009 PRESIDENT'S AWARD WINNERS: District Managers Don Faith, Atlanta Division; Mark Buckner, Jacksonville Division; Vince Minglone, Lakeland Division; and Bryant Spears, Miami Division; and Director of Loss Prevention Dennis Wamsley.

Date
03/25/2010

Publix Super Markets, Inc.

**VOID**      **VOID**      **VOID**

TO THE      Alkinni M Elder
ORDER OF      03 - 0617 Meat

PUBLIX Where working is a pleasure

| Emp No. | Employee Name | | Dept | | Advice Date | | Type | Advice Number |
|---|---|---|---|---|---|---|---|---|
| | ALKINNI M ELDER | | 9999 | | 02/12/2010 | | SEMI MTHLY | 471326 |

| Earnings | Total Amount | YTD | Deductions & Deposits | Current | YTD | Leave Code | Used | Balance |
|---|---|---|---|---|---|---|---|---|
| BASE PAY | 241.00 | 479.00 | FICA | 14.94 | 29.70 | | | |
| | | | MEDICARE | 3.49 | 6.94 | | | |
| TOTAL | 241.00 | 479.00 | STATE TAX | 3.11 | 4.48 | | | |
| | | | DIR DEP | 219.46 | | | | |
| | | | ATHENS FIRST | | | | | |

## Advice Totals

| | |
|---|---|
| Total Pay | 241.00 |
| YTD | 479.00 |
| Deductions | 21.54 |
| Net Pay | 219.46 |

### Withholding Allowances

| | M/S | # | Extra |
|---|---|---|---|
| Federal | S | 00 | $    .00 |
| State | A | 00 | $    .00 |

**Clarke County School District**
P.O. Box 1708
Athens, GA 30603-1708
(706) 546-7721

Advice Date    Advice Number
02/12/2010      471326

$219.46

*Pay* ***** Two Hundred  Nineteen Dollars and 46 Cents *****

To The
Order Of    ALKINNI M ELDER

# DIRECT DEPOSIT
# NON-NEGOTIABLE

| Advice Amount | | 137.30 |

**Clarke County School District**

| Emp No. | Employee Name | Dept. | Advice Date | Type | Advice Number |
|---|---|---|---|---|---|
| | ALKINNI M ELDER | 9999 | 02/26/2010 | SEMI MTHLY | 473984 |

| Earnings | Total Amount | YTD | Deductions & Deposits | Current | YTD | Leave Code | Used | Balance |
|---|---|---|---|---|---|---|---|---|
| BASE PAY | 149.50 | 628.50 | FICA | 9.27 | 38.97 | | | |
| | | | MEDICARE | 2.17 | 9.11 | | | |
| TOTAL | 149.50 | 628.50 | STATE TAX | 0.76 | 5.24 | | | |
| | | | DIR DEP | 137.30 | | | | |
| | | | ATHENS FIRST | | | | | |

### Advice Totals

| | |
|---|---|
| Total Pay | 149.50 |
| YTD | 628.50 |
| Deductions | 12.20 |
| Net Pay | 137.30 |

### Withholding Allowances

| | M/S | # | | Extra |
|---|---|---|---|---|
| Federal | S | 00 | $ | .00 |
| State | A | 00 | $ | .00 |

Walter emc

**Clarke County School District**
P.O. Box 1708
Athens, GA 30603-1708
(706) 546-7721

| Advice Date | Advice Number |
|---|---|
| 02/26/2010 | 473984 |

$137.30

Pay ***** One Hundred Thirty Seven Dollars and 30 Cents *****

To The
Order Of    ALKINNI M ELDER

# DIRECT DEPOSIT
# NON-NEGOTIABLE

**Clarke County School District**

| Advice Amount | 27.70 |

| Emp No. | Employee Name | Dept. | Advice Date | Type | Advice Number |
|---|---|---|---|---|---|
| | ALKINNI M ELDER | 9999 | 03/31/2009 | SEMI MTHLY | 417735 |

| Earnings | Total Amount | YTD | Deductions & Deposits | Current | YTD | Leave Code | Used | Balance |
|---|---|---|---|---|---|---|---|---|
| BASE PAY | 30.00 | 437.50 | FICA | 1.86 | 27.13 | | | |
| | | | MEDICARE | 0.44 | 6.35 | | | |
| TOTAL | 30.00 | 437.50 | FEDERAL TA | | 7.92 | | | |
| | | | STATE TAX | | 1.66 | | | |
| | | | DIR DEP | 27.70 | | | | |
| | | | ATHENS FIRST | | | | | |
| | | | TOTALS | 30.00 | 43.06 | | | |

### Advice Totals

| | |
|---|---|
| Total Pay | 30.00 |
| YTD | 437.50 |
| Deductions | 2.30 |
| Net Pay | 27.70 |

### Withholding Allowances

| | M/S | # | Extra | |
|---|---|---|---|---|
| Federal | S | 00 | $ | .00 |
| State | A | 00 | $ | .00 |

**Clarke County School District**
P.O. Box 1708
Athens, GA 30603-1708
(706) 546-7721

| Advice Date | Advice Number |
|---|---|
| 03/31/2009 | 417735 |

$27.70

*Pay* ***** Twenty Seven Dollars and 70 Cents *****

*To The*
*Order Of*   ALKINNI M ELDER

# DIRECT DEPOSIT
# NON-NEGOTIABLE



| Emp No. | Employee Name | | Document | | Advice Date | | Type | Advice Number |
|---|---|---|---|---|---|---|---|---|
| | ALKINNI M ELDER | | 9999 | | 03/15/2010 | | SEMI MTHLY | 476643 |

| Earnings | Total Amount | YTD | Deductions & Deposits | Current | YTD | Leave Code | Used | Balance |
|---|---|---|---|---|---|---|---|---|
| BASE PAY | 59.50 | 688.00 | FICA | 3.69 | 42.66 | | | |
| | | | MEDICARE | 0.86 | 9.97 | | | |
| TOTAL | 59.50 | 688.00 | STATE TAX | | 5.24 | | | |
| | | | DIR DEP | 54.95 | | | | |
| | | | ATHENS FIRST | | | | | |

### Advice Totals

| | |
|---|---|
| Total Pay | 59.50 |
| YTD | 688.00 |
| Deductions | 4.55 |
| Net Pay | 54.95 |

### Withholding Allowances

| | M/S | # | | Extra |
|---|---|---|---|---|
| Federal | S | 00 | $ | .00 |
| State | A | 00 | $ | .00 |

**Clarke County School District**
P.O. Box 1708
Athens, GA 30603-1708
(706) 546-7721

Advice Date    Advice Number
03/15/2010    476643

$54.95

*Pay* ***** Fifty Four Dollars and 95 Cents *****

*To The*
*Order Of*    ALKINNI M ELDER

# DIRECT DEPOSIT
# NON-NEGOTIABLE